**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00921-CR

### JOSHUA PAUL WASHBURN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1161795-Y**

## ORDER

The Court **GRANTS** the State's December 27, 2013 second motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/  DAVID EVANS
    JUSTICE